# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CRIGLER, B. WAUGH | U. S. DISTRICT COURT, WDVA | 05/08/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. MAGISTRATE JUDGE Full-Ti | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

255 WEST MAIN STREET, RM. 328
CHARLOTTESVILLE, VA 22902

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Instructor - Trial Advocacy (1 course) & Trial Evidence (1 course) | University of Virginia School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRIGLER, B. WAUGH | 05/08/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12/31/11 | University or Virginia School of Law | $12,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Virginia State Bar | 4/8/2011 | Richmond, Virginia | VSB-Professionalism Course Mtg | Mileage & Parking |
| 2. | Virginia State Bar | 06/16/2011-06/17/2011 | Virginia Beach, Virginia | Speaker-VSB-Young Lawyers Sec. | Mileage & Lodging |
| 3. | Administraive Office U.S. Courts | 6/22/2011-6/23/2011 | White Sulphur Springs, WV | Circuit Judicial Conference | Mileage, Food & Lodging |
| 4. | Virginia State Bar | 9/15/2011 | Richmond, Virginia | Mtg Education Sec. Bd. of Governors | Mileage & Parking |
| 5. | Virginia State Bar | 9/22/2011 | Richmond, Virginia | Meeting-Professionalism course | Mileage & Parking |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 6. | Virginia State Bar | 11/2/2011-11/10/2011 | Athens, Greece | Speaker-Midyear Legal Seminar | Transportation/food/Lodging |
| 7. | Virginia State Bar | 11/16/2011 | Richmond, Virginia | Meeting-Education Section | Mileage & Parking |
| 8. | Virginia Association Defense Attorneys | 12/2/2011 | Richmond, Virginia | Speaker-VADA Boot Camp | Mileage & Parking |

| Name of Person Reporting | Date of Report |
|---|---|
| CRIGLER, B. WAUGH | 05/08/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank Accounts | | | | | | | | | |
| 2. Va. National Bank-Various Accounts | B | Interest | M | T | | | | | |
| 3. b) UVA Credit Union, Charlottesville, VA | A | Interest | J | T | | | | | |
| 4. Stellar One | B | Interest | K | T | | | | | |
| 5. Rumford Ltd. Partnership | | None | N | W | | | | | |
| 6. Culpeper Country Club | | None | | | Redeemed | 5/10/11 | J | | |
| 7. The Hartford-Variable Term Life | | None | | | Redeemed | 11/14/11 | L | E | |
| 8. AXAEquitable (Annuity) | D | Distribution | K | T | | | | | |
| 9. Brokerage Acct #1 (Wells Fargo Adv) | | | | | | | | | |
| 10. Cash | A | Interest | L | T | | | | | |
| 11. StellarOne Corp. | D | Dividend | O | T | | | | | |
| 12. American Capital Ltd. | A | Dividend | K | T | Donated (part) | | | | |
| 13. Hershey Company | B | Dividend | L | T | | | | | |
| 14. Financial Services Group (same as PNC Corp.) | B | Dividend | M | T | | | | | |
| 15. S&P No. Am. Natl Sector -I Shares | A | Dividend | K | T | Donated (part) | | | | |
| 16. US Bancorp | A | Dividend | K | T | | | | | |
| 17. Va. National Bank | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRIGLER, B. WAUGH | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wells Fargo Co. | B | Dividend | L | T | | | | | |
| 19. Williams Co. | A | Dividend | J | T | | | | | |
| 20. Copano Energy LLC | B | Dividend | K | T | Buy | 4/15/11 | J | | |
| 21. Citigroup Inc. | A | Dividend | J | T | | | | | |
| 22. Crosstex Energy Inc. | A | Dividend | J | T | | | | | |
| 23. Energy Transfer Partners | C | Distribution | K | T | Donated (part) | | | | |
| 24. Bryn Mawr Bank Corp. | A | Dividend | J | T | | | | | |
| 25. DCP Midstream Partners | A | Dividend | K | T | | | | | |
| 26. Frontier Communications | A | Dividend | J | T | | | | | |
| 27. Regency Energy Partners | B | Dividend | J | T | Sold (part) | 06/07/11 | K | A | |
| 28. Verizon Communcations | A | Dividend | K | T | | | | | |
| 29. Investco VK Tr. | B | Dividend | K | T | | | | | |
| 30. Kayne Anderson MLP Invest | A | Dividend | K | T | | | | | |
| 31. Dominion Resources | B | Dividend | K | T | | | | | |
| 32. El Paso Pipeline Partners | B | Distribution | K | T | | | | | |
| 33. Enterprise Products Partners | B | Distribution | K | T | | | | | |
| 34. Magellan Midstr Partners | B | Distribution | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRIGLER, B. WAUGH | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Plains All Amer. Pipeline LP | C | Dividend | L | T | | | | | |
| 36. Martin Midstr Partners | A | Distribution | J | T | | | | | |
| 37. Western Gas Partners | B | Distribution | K | T | | | | | |
| 38. Williams Partners | C | Distribution | K | T | | | | | |
| 39. Nuveen Div Advntg Mun Fd | C | Dividend | K | T | | | | | |
| 40. Tenn. Valley Auth Bond | A | Dividend | J | T | | | | | |
| 41. General Motors Sr Note (Y) | | | | | | | | | |
| 42. Wachovia PFD Fund | A | Dividend | J | T | | | | | |
| 43. Henrico Co., Va. Econ. Dev. Authority | D | Interest | L | T | | | | | |
| 44. Roanoke Co., Va. Dev Authority | A | Interest | J | T | | | | | |
| 45. Albemarle Co., Va. Dev Authority | B | Interest | K | T | | | | | |
| 46. Louisa Co, Va. Dev. Authority | B | Interest | K | T | | | | | |
| 47. Tobacco Settlement Fng Corp Va. Bond | D | Interest | M | T | | | | | |
| 48. Apollo Inv Corp. | A | Dividend | J | T | | | | | |
| 49. Inergy LP | A | Distribution | J | T | | | | | |
| 50. Piedmont Nat. Gas Co. | A | Dividend | K | T | | | | | |
| 51. Public Service Ent. (formerly listed as PSEG & PEG) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRIGLER, B. WAUGH | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Intel Corp. | A | Dividend | J | T | | | | | |
| 53. Bank of America | A | Dividend | | | Sold | 4/6/11 | J | | |
| 54. FNMA Bond | C | Interest | K | T | | | | | |
| 55. Targa Resources Partners LP | A | Distribution | J | T | Buy | 3/16/11 | J | | |
| 56. Capital Products Partners LP | A | Distribution | J | T | Buy | 3/21/11 | J | | |
| 57. Coca-Cola Company | A | Dividend | K | T | Buy | 6/07/11 | K | | |
| 58. Enbridge Energy Mngmt LLC | A | Dividend | J | T | Buy | 8/24/11 | J | | |
| 59. Energy Transfer Equity | A | Distribution | J | T | Buy | 10/10/11 | J | | |
| 60. Denbury Resources Inc. | A | Dividend | J | T | Buy | 11/08/11 | J | | |
| 61. Brokerage Acct #2 Scott & Stringfellow | | | | | | | | | |
| 62. Cash | A | Interest | J | T | | | | | |
| 63. Kinder Morgan Energy (X) | A | Distribution | J | T | | | | | |
| 64. Kayne Anderson Midstream | A | Distribution | J | T | | | | | |
| 65. Nextera Energy Inc. | A | Dividend | | | Donated | | | | |
| 66. Peoples United Fincl. | A | Dividend | J | T | | | | | |
| 67. Teekay Lng Partners | A | Distribution | J | T | | | | | |
| 68. Exterran Holdings Inc. | A | Dividend | J | T | Buy | 12/21/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRIGLER, B. WAUGH | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Heckman Corp. | | None | J | T | Buy | 12/20/11 | J | | |
| 70. Windstream Corp | B | Dividend | J | T | Buy | 11/16/11 | J | | |
| 71. | | | | | Buy | 11/29/11 | J | | |
| 72. BP PLC | A | Dividend | J | T | Buy | 2/16/11 | J | | |
| 73. | | | | | Buy | 9/1/11 | J | | |
| 74. Pilgrims Pride | | None | J | T | Buy | 6/22/11 | J | | |
| 75. Nwprt Nws Va. Bond | A | Interest | | | Redeemed | 11/16/11 | K | | |
| 76. Va. Elect & Power Bond | A | Interest | J | T | | | | | |
| 77. Va State Eqpmnt Bond | A | Interest | K | T | | | | | |
| 78. IRA #1 Wells Fargo Advisors | | | | | | | | | |
| 79. Cash | A | Interest | J | T | | | | | |
| 80. Alcoa Inc. | A | Dividend | J | T | | | | | |
| 81. Crestwood Mdstr. | A | Distribution | J | T | | | | | |
| 82. StellarOne Corp. | A | Dividend | J | T | | | | | |
| 83. U S Bancorp | A | Dividend | J | T | | | | | |
| 84. IRA #2 Wells Fargo Advisors | | | | | | | | | |
| 85. Cash | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRIGLER, B. WAUGH | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Travelers Ins Co. | A | Dividend | K | T | | | | | |
| 87. Genuine Parts Co | A | Dividend | K | T | | | | | |
| 88. General Mills | A | Dividend | J | T | | | | | |
| 89. Corning Inc. | A | Dividend | | | Sold | 04/06/11 | K | | |
| 90. ONEOK Inc. | A | Dividend | | | Sold | 07/06/11 | K | | |
| 91. Crosstex Energy LP | A | Dividend | K | T | Buy | 8/10/11 | J | | |
| 92. Peoples United Financial | A | Dividend | J | T | Buy | 4/6/11 | K | | |
| 93. General Electric Company | A | Dividend | K | T | Buy | 07/06/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRIGLER, B. WAUGH | 05/08/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ B. WAUGH CRIGLER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544